USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        Plaintiff,

    -v.-

$601,869.18 IN UNITED STATES CURRENCY
FORMERLY ON DEPOSIT IN WELLS FARGO
BANK, N.A., ACCOUNT NUMBER
6250628085, HELD IN THE NAME OF FIRST
FINANCIAL INVESTMENT GROUPS, LLC,

        Defendant-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JUDGMENT OF FORFEITURE

21 Civ. 1592 (VM)

        WHEREAS, on or about February 23, 2021, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A and Title 21, United States Code, Section 881;

        WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 3, 2021, through April 1, 2021, and proof of such publication was filed with the Clerk of this Court on May 3, 2021 (D.E. 3);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate

2

the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Motion for Judgment of Forfeiture (Dkt. No. 5) is **GRANTED**.

2. The Defendant-in-rem shall be, and the same hereby is forfeited to the plaintiff United States of America.

3. The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

4. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York  SO ORDERED:
      May 6, 2021

Victor Marrero
U.S.D.J.